427 A.2d 1231

Alberts v. Alberts, Appellant.

 Submitted December 6, 1979. Edward J. Hughes, for appellant; Louis Sager, for appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

The decision of the lower court is affirmed.